IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EARL BUCKNER : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00209 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WARDEN, ROSS CORRECTIONAL : | |
| INSTITUTION : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . this Court ADOPTS the Magistrate Judge's Report and Recommendation (doc. 15), and DENIES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus (doc. 1). The Court also DECLINES to issue a certificate of appealability with respect to the claim in Ground One of the petition because a jurist of reason would not find it debatable whether this Court is correct in its procedural ruling.  The Court DECLINES to issue a certificate of appealability with respect to Ground Two because that claim was waived, and the Court DECLINES to issue a certificate of appealability with respect to Ground Three because Petitioner has failed to make a substantial showing of the denial of a constitutional right based on such a claim.  The Court CERTIFIES that any appeal of this order will not be taken in good faith, and any application to appeal in forma pauperis will be DENIED.

7/14/06                                                                                      James Bonini, Clerk

                                                                                                       s/Kevin Moser
                                                                                                       Kevin Moser
                                                                                                       Deputy Clerk